IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**WILSON TONY HARRELL**                                                 **PETITIONER**

**V.**                                                  **CIVIL ACTION NO. 5:05cv101-DCB-MTP**

**CONSTANCE REESE, Warden**                                 **RESPONDENT**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion [23] issued on September 4, 2007 and incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2241 be dismissed with prejudice as to the jurisdictional issue only, and without prejudice in all other respects.

SO ORDERED AND ADJUDGED, this the  13th  day of September, 2007.

                                               s/ David Bramlette
                                               **UNITED STATES DISTRICT JUDGE**